# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

Stephen Michael Shipman

**Plaintiff(s),**

v

Barry County Sheriff's Dept
Elsworth
Judge Schipper

**Defendant(s).**

Kathryn Russell
Kristen Hoel
Tim Tromp

**FILED - LN**
July 8, 2020  4:30 pm
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: clw /          SCANNED BY: clw 7/7/20

**1:20-cv-614**
Paul L. Maloney, United States District Judge

Stephen Michael Shipman
Stephen M Shipman
8740 Round Lake Rd
Vermontville MI 49096

URGENT MATTER
NEEDS IMMEDIATE RESPONSE

I was abducted May 8, 2019. I was attacked, robbed, abducted, and held for $300,000 ransom. My Smart Phone with my lifes work was taken. It contains Research and Developements I've made, Breakthroughs and Accomplishments I've made, Logic Ladders I've constructed, and a whole lot more. I also had personal property that was stolen from me as well. I attempted to have my property released twice to a Family member and was told that I only had clothing and a couple lighters. I have Been held at the Barry County Sherriffs Dept for over 10 months and I haven't even had a Probable cause hearing. The lawyers I've seen have worked against me and helped to keep me incarcerated. A women By the name of Kathryn Russell was

appointed to represent me. I spoke with her on a computer screen for 30-60 seconds. I saw her for the second time 2 months later. I met with a lawyer by the name of Tim Tromp after month number 2 and he said he didn't want to take my case. For some strange reason my Mother ended up paying him a retainer. I never signed any contract with him to grant him Power of Attorney to represent me. I asked him to set up a Dismissal Hearing, a Probable Cause Hearing, and/or a Ransom/Bond Reduction Hearing. He wouldn't do any of that; he set up an "independent evaluation" with a psychotic con women in Grand Rapids. instead. They pulled some deceptive stuff and tried to say I was incompetant.
    Months and months went by, I contacted a couple other

lawyers but all I got was an ear to listen to me.

I went to the Forensic Center on February 3, 2020 and spoke with a social worker there. We had an intellectual conversation and discussed issues I was having. The key issues we discussed were the judge and ~~$~~ the lawyers. I let the gentleman know I would Be representing myself in the matter from now on. I was taken back to the Sherriff Dept after our discussion. I contacted the "court" and notified them I would Be representing myself in the matter from now on and wanted a change of venue or a different judge to step in. I also stated I wanted a simple Dismissal Hearing.

I went into the courtroom on February 11, 2020 and the same "judge" (Schipper) was there and the "lawyer" (Tim Tromp) were there.

③

I stated that I was representing myself to Schipper. He asked me to have a seat. I looked around the room and he asked me if I would please have a seat. I decided to sit down and Schipper said he wanted Tromp to Be my "cocouncil". I never agreed to it. The prosecutor (Elsworth) started trash talk about competency. I told them the report was made By a conwoman and it was BS. They tried to say something about waiting for a Bed to open at the Forensic Center for competency restoration. I told them I just went there and could have stayed there if necessary, we addressed issues I had and the main one was the "judge". I stated the we could do a change of venue or have a different judge step in. Schipper showed he was Bias, predjudice, and corrupt, he placed a $100,000 ransom on me and sided with the people

that attacked and robbed me. They kept their nonsense talk about competency and I stated that I am exercising my Right to a Fair and Speedy Trial. They continued the nonsense talk about competency. I stated that they fall under RICO Statutes and that any and all parties involved can and will Be held accountable. I stated I'm contacting the Federal Government and left the room.

I Need help and an immediate response Team

Sincerely
Stephen M. Shipman
*Stephen M Shipman*

Being held at Barry County Sherriffs Dept. in Barry County. Hastings MI